# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2015

### NO. 03-14-00745-CV

**Almar Saenz, Appellant**

**v.**

**Arlette Pena, Appellee**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
VACATED AND REMANDED ON JOINT MOTION --
OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on August 29, 2014. The parties have filed a joint motion to remand requesting that the trial court's judgment be vacated and the case remanded to the trial court for entry of the parties' agreed modified order, and having considered the motion, the Court agrees that the motion should be granted. We therefore grant the parties' motion, lift the abatement, reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for further proceedings. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.